IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ERIK PAMAQUIZA ZAMORA,<br><br>Petitioner,<br><br>vs.<br><br>KRISTI NOEM, Secretary of the U.S. Department of Homeland Security; TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement; DAVID EASTERWOOD, Acting Field Office Director, ICE St. Paul; and WESS LUDLOW, Captain of the Cass County Jail;<br><br>Respondents. | **8:26CV79**<br><br>**JUDGMENT** |

In accordance with the accompanying Memorandum and Order filed on today's date, judgment is hereby entered in favor of Petitioner and against Respondents.

Dated this 18th day of March, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge